# United States Court of Appeals
## For the First Circuit

No. 13-1701

UNITED STATES OF AMERICA,

Appellee,

v.

CAREY GONYER,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on August 4, 2014 is corrected as follows:

On page 27, line 15, replace "at the time of at least one" with "at the time at least one"